RECEIVED
USDC CLERK, GREENVILLE, SC

2021 FEB -1  AM 12: 53

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Derrick Jerome Davis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Anna Sumner,
David Stumbo
Ikey Williams, Donald B. Hocker

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes    ☐ No
                *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed *in forma pauperis*.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Name                                         Derrick Jerome Davis

All other names by which you have been known:

ID Number                       50167
Current Institution             Greenwood County Dentention center
Address                         528 Edgefield St.
                                Greenwood Sc 29646

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   Make sure that the defendant(s) listed below are identical to those contained in the above caption.   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.   Attach additional pages if needed.

Defendant No. 1

Name                    Anna Sumner
Job or Title            Assistant Solicitor
(if known)
Shield Number
Employer                Greenwood county Solictors office
Address                 600 monument st. #203
                        Greenwood Sc. 29646

☐ Individual capacity          ☐ Official capacity

Defendant No. 2

Name                    David Stumbo

2

Job or Title
(if known)                  Head Solicitor

Shield Number

Employer                    Greenwood County Solicitors office
Address                     600 monument St. #203
                            Greenwood SC. 29646

☒ Individual capacity           ☒ Official capacity

Defendant No. 3

Name                        Kay williams,
Job or Title                Detective
(if known)

Shield Number

Employer                    Greenwood Police department
Address                     528 Edgefield St
                            Greenwood SC. 29646

☒ Individual capacity           ☒ Official capacity

Defendant No. 4

Name                        Donald B. Hocker
Job or Title                Judge
(if known)

Shield Number

Employer                    Laurens County
Address                     100 Hillcrest Square Suite B
                            Laurens SC, 29360

☒ Individual capacity           ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 4th, 5th, 6th, 8th, 13th and my 14th
admendments are being violated By Said
party

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I am suing one William Kay. for acting
under color of the statute and laws of
this State By way of instructing one

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

4

2 of 4

Judge "Lee miller" not to release me on
Bond in which is a violation of Section
§17-15-10 which is a statute of this State
and must be followed, therefore Detective
william hay stands to be held liable for
my rights being violated along with the
laws of this State therefore Said
Detective is also in Violation of my
amended rights of the constitution
such as my 4th, 5th, 6th, 8th, 13th, and 14th

Anna Sumnar acted under color By way of
instructing Judge                          to
deny me a bond when I went back up
for a bond, which goes against statute
§17-15-10 which states that every person that
has a non-capital crime must be
released pending trial, therefore Said
Assistant Solicitor Anna Sumnar stands
in violation of said statute that govern
Said law of this State and By doing so
Anna Sumnar also stands in Violation
of my amended rights of the constitution
such as my 4th, 5th, 6th, 8th, 13th, and 14th

David Stumbo Stands in Violation
the Same as one Anna Sumnar Being
that he is her Boss and the State-
ments that Anna Sumnar made to the
Judge was only what her Superior
instruted her to do therefore one
David Stumbo stands in Violation of
Statute § 17-15-10 which States that
every person that has a non-capital
crime must be released pending trial
therefer said Solicitor Stumbo also
Stands in Violation of the laws of this
State along with my amended rights of
the Constitution Such as my 4th, 5th,
6th, 8th, 13th and 14th amendments

Judge, Donald B. Hocker
has acted under color By way of not
allowing me to be released pending
trial according to Statute §17-15-10, But
denied me bail in which goes against
the laws of this state, the very laws that
he took an oeth to uphold He has
Violated along with my amended rights
of the Constitution Such as my 4th,
5th, 6th, 8th, 13th and 14th amendments

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Greenwood County Dentention center  July 11, 2018
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

July 11, 2018
_____
_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On July 10 2018 I was arrested on said criminal charges and Brought to the Green wood county Detention center where I was

5

to be took before a Judge for Bail in-
which I did on July 11 2018 go before
Judge Lee miller to have bail set on
said criminal charges But due to State-
ments made By one Isay williams my
Bail was dined in which Anna Sumner
was in attendance at this hearing,
at which time I was Brought Back
and placed in Bcan't until August
2018 at which time I was took to
general Session for another Bond
hearing in which By way of Anna
Sumner statements to the Judge
my Bond was once again denied and
from my understanding she was doing
the deeds and will of her Boss David
Stumbo, in which puts her Anna
Sumner, David Stumbo along with
Judge                                    in
Violation of Statute §17-15-10, in which
States that any person charged with
a non-capital crime must be released
pending trial on his own recognizance
without surety, unless the Judge
determines that Such release 1)
would not reasonably assure the

3 of 5

the appearance of the accused at trial or. 2) would result in an unreasonable danger to the community. and if said judge determines in a non-capital case any of the 2 factors stated above the defendant still has a constitutional right to bail. But the judge may impose conditions on said release as Stated in Statute §17-15-20, not "Deny" in which in my case my Bond has been denied my second time going up for a Bond By way of Anna Sumner's Statements to the judge as to me not being released on Bail and to be held in jail until my trial Date. Being that the laws of this State says that I Should have a bond and be released along with every other Pre-Trial detainee in the Greenwood County Detention center, which means we are being held against our will which is a form of kidnap according to 18-U.S.C. Section 1201, and my understanding of the law is that noone can Break it to obtain it there-

4 of 5

fore by me being held in the Greenwood
County Detention center against my will
and unlawfully that also puts said
Party in violation of the laws of this
State along with my constitutional
Rights Such as my 4th, 5th, 6th, 8th, 13th
and 14th admendment in more ways then
one as follows my 4th admendment
States that" the right of the people to be
Secure in their persons, houses, papers,
and effects, against unreasonable
Searches and Seizures, in which case I
have been Siezed "Held" unreasonabl, my
5th amendment stands in violation by
way of me being deprived of liberty
without the due process of law, when
it comes to the circumstance
Surrounding my criminal case, my 6th
amendment stands in violation Because
it States that in all criminal prosecutions
the accused Shall enjoy the right to a
Speedy and public trial, and to have
compulsory process of obtaining
witnesses in my favor. in which in my
case is not possible due to the fact
that I'm being held in Jail without

5 of 5

bail therefore I cant get any witnesses together. my 8th amendment Stands in violation Because it States that "Excessive bail Shall not be required," as in "no Bail is Excessive" being that there is no way to pay a Bail if I dont have one. it also States that I Should not be Subjected to cruel and unusual punishment, once again By me not having Bail Set in my criminal case puts all parties in violation of Subjecting me to cruel and unusual punishment, which Shows how my 13th amendment is also in violation as follows "Neither Salvery nor involuntary Servitude, except as a punishment for a crime where of the party Shall have been duly convicted. its Simple I'm being treated as a convicted prisoner according to what my 13th amendment States. without being convicted, now with all of the violation I've pointed out in this complaint. said party also Stands to violate my 14th amendment, Because it States no

6 of 5

State Shall deprive any person of life,
liberty, without due process of law;
nor deny to any person within its
jurisdiction the equal protection of law,
as in my case there is no equal protection
due to all the violation thats been pointed
out in said complaint. therefore my
rights Stands in violation. the laws of
this State Says that." it presumes the
defendant to be innocent of the charge
made against him in the arrest warrant
until his guilt has been proven beyond
a reasonable doubt. I have not been
found guilty of Said charges therefore I
Should not be held in Jail Because I
meet all of the Standards to be
released, the law also States that arrests
may be generally defined as a
deprivation of right to movement
against his will and by force, threat or
assertion of authority, in which describes
my detainment here in the Greenwood
county Detention Center as a form of
Kidnap, by the Solicitors office..
and recognizing the Seriousness of an

7 of 5

interference with and individual's right of liberty. the u.s constitution and the S.e constitution have placed restrictions of the power of arrest...

These are all of the facts underlying my claim therefore I pray that this claim/complaint Be received and handled according to the laws of this State

Derrick S. Davis                    Date

_____
_____
_____
_____

### V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have Sufferd from Emotional Distress and due to this IV have been picked an Celexa to help control the Stress thats Been put on me, through this time of me being here in the Greenwood county Detention center
_____
_____

### VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

in money Damage im asking for $1000·00 one thousand dollars for each day that I have been incarcerated and one million dollar for the emotional Distress I have had to Suffer I also would like a declaratory

### VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

Judgment, where the Judge can explain
all me legal rights along with all of the
legal duties and obligation of the municipal
Judges and the Solicitor to ensure that
all people charged with a non-capital
crime receive Bail, also I want to
seek an injunction, so that the Judge
may order that those changes be made
and that a stop be put to this on
going conduct Because as we know
money damages alone will not fix
this problem

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

  ■    Yes

  ☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Greenwood County Detention center_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

  ■    Yes

  ☐    No

  ☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

  ☐    Yes

  ☐    No

  ■    Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

  ☐    Yes

  ■    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

■    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____

_____

_____

_____

2.    What did you claim in your grievance?

_____

_____

_____

_____

3.    What was the result, if any?

_____

_____

_____

_____

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I dieln't file a grievance Because
it was a matter that I was in contact
with my criminal lawyer Charles
Brose about

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

I couldn't get this matter fixed
through the grievance system thats
why I stayed in contact with my
criminal lawyer charles Grose

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Lawyer charles Grose. By way of
Phone an in person meeting Anna
Sumner By way of motion filed
By my criminal lawyer for me.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☒    No

2 of 9

to go before a judge to have bail set
in my case.

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

■    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition.    _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

█ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) *Dernck J. Dewis*

   Defendant(s) *chad cox, Donna miller, Lt T. montgomery*

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *Greenwood county*
   *South Carolina*

3. Docket or index number

   *C/A NO 6:18-3428-RMG-KPM*

4. Name of Judge assigned to your case

   *Kevin f McDonald*

5. Approximate date of filing lawsuit

   *1-1-2019*

6. Is the case still pending?

   ☐ Yes

   █ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____dismissed/ not appealed_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff    *Derrick Jerome Davis*
Printed Name of Plaintiff    Derrick jerome Davis
Prison Identification # 50167
Prison Address    528 Edgefield St
    Greenwood    SC    29646
    City    State    Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____

12

Address                528 Edgefield St
Telephone Number       Greenwood SC. 29646
E-mail Address         _____